# IN THE SUPREME COURT OF THE STATE OF NEVADA

MAGED M. YOUSSEF,
                    Appellant,
          vs.
MARYANN ANDRAOUS,
                    Respondent.

No. 69545

**FILED**

AUG 2 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant has filed a letter indicating that the issue on appeal has "been amicably settled and a stipulation agreement has been filed back in March, 2016." We elect to treat this letter as a motion for a voluntary dismissal of this appeal and, cause appearing, the motion is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc:    Hon. Bill Henderson, District Judge, Family Court Division
       Maged M. Youssef
       The Grimes Law Office
       Eighth District Court Clerk

16-26350